**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **PABLO CESAR BANEGAS LOBO,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-40-G** |
| | ) | |
| **WARDEN, Diamondback Correctional Facility,** | ) | |
| | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

Petitioner Pablo Cesar Banegas Lobo filed a Petition for Writ of Habeas Corpus (Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). On August 7, 2026, the appearing Respondent, the United States of America, filed a Notice (Doc. No. 16) stating that Petitioner's removal from the United States was scheduled to occur after expiration of a 72-hour notice period.

The Court directed Petitioner to show cause why the Petition should not be dismissed as moot. *See* Order to Show Cause (Doc. No. 17). The Order to Show Cause was mailed to Petitioner but returned as undeliverable, *see* Doc. No. 18.

Petitioner's removal or other release from ICE custody renders Petitioner's habeas claims moot. *See Mendoza Hernandez v. U.S. Dist. Ct.*, No. CIV-26-923-R, 2026 WL 1506747, at *1-3 (W.D. Okla. May 29, 2026) (R. & R.), *adopted*, 2026 WL 1791956 (W.D. Okla. June 22, 2026). The record therefore reflects that dismissal is warranted, as "[t]here is no relief the Court can grant." *Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL

925524, at *2 (W.D. Okla. Apr. 6, 2026); *see also Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011).

CONCLUSION

Accordingly, the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 14th day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge